FILED
CLERK, U.S. DISTRICT COURT
OCT 26 2026
CENTRAL DISTRICT OF CALIFORNIA
BY ASP DEPUTY

Fee Due

RODERICK W. BAFRNETT
214 MAIN STREET, PMB 542
EL SEGUNDO CALIFORNIA 90245
646-504-8205 DIRECT
213-799-6978 EFAX
Email: RBarnett6260@gmail.com

Attorney for Roderick W. Barnett,

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

2:26-cv-12504-KK(BFMx)

RODERICK W BARNETT, an Individual

Plaintiff(s),

vs.

ROCKET MORTGAGE COMPANY, LLC, a Michigan Limited Liability Company and AFFINIA DEFAULT SERVICES, LLC, a California Limited Liability Company and Does 1-21 Inclusive.

Defendant(s).

Case No.: **26STCV30913**

**COMPLAINT FOR QUIET TITLE**

**1. California State Dual Tracking**
**2. Wrongful Foreclosure**
**3. Violation of the California Homeowners Bill of Rights, (Civ Code §2923.6)**
**4. Violation of Federal Dual Tracking Laws**
**4. Fraud**
**5. Intentional Infliction of Emotional Distress**
**6. Unfair Business Practices (Bus & Prof. Code §17200)**

***12 C.F.R. §1024.41***

***I. INTRODUCTION:***

1. Plaintiff Roderick W. Barnett brings this action against Defendants Rocket Mortgage Company, LLC and Affinia Default Services LLC for violation of the state of California Dual Tracking Laws and Illegal Foreclosure Scheduling upon the real property Single Family Residence of 6260 Mosley Avenue, in the City of Los Angeles, County of Los Angeles, State of California 90056.

***<u>Legal Description:</u>***

*Tract No: 138, Lot 12650, recorded in Map Book 272, Pages 7-13 recorded in the Los Angeles County Recorder Office of Said County, APN: 4002-003-021.*

2. Defendants illegally engaged in 'Dual Tracking' a practice where defending entity/s continue to pursue foreclosure proceedings while simultaneously reviewing Plaintiff's complete Mortgage Loan Modification Application, in violation of California Civil Code §2923.6.
3. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has suffered significant financial loss, emotional distress, and the potential loss of the plaintiff primary residence/home.

***II. PARTIES:***

4. Plaintiff: Roderick W. Barnett is an individual residing in the City of Los Angeles, County of Los Angeles, State of California and is the owner of the subject property.
5. Defendant Rocket Mortgage Company, LLC, is a Limited Liability Company registered in the state of Michigan and authorized to do business within California with a principal place of business in Detroit. Michigan.
6. Defendant, Affinia Default Servicing, LLC is a Limited Liability Company registered in the state of California and authorized to do business in California with a principal place of business in Long Beach, California.
7. The true names and capacities of Defendants sued and Does 1-20 are unknown to Plaintiff, who will seek leave to amend this complaint when such names and capacities are ascertained.

***III. FACTS:***

8. Plaintiff purchased the subject property on or about 09/26/2005 with an executed a Deed of Trust. The Deed of Trust was recorded in the official records of Los Angeles County on 11/04/2005@8:00am as Document Instrument Number: 20052673323.
9. In or about 02/06/2024, Plaintiff experienced a 'Financial Hardship' and contacted Defendant Rocket Mortgage Company. LLC to discuss foreclosure prevention options.
10. On or about September 19, 2026, Plaintiff submitted a complete loan modification application to Defendant Rocket Mortgage Company, LLC (Loss Mitigation Unit). This application was submitted more than (60/Sixty) days before any scheduled foreclosure sale.

11. Defendant Rocket Mortgage Company, LLC (Loss Mitigation Unit) acknowledge receipt of the complete loan modification application on or about September 19, 2026.
12. Despite having a complete loan modification application pending, Defendant Rocket Mortgage Company and its agents, Defendant Affinia Default Services, LLC as 'Trustee' will attempt to procced with foreclosure proceedings scheduled for 09/29/2026@10am in the city of Pomona, State of California
13. On or about 09/10/2025, Defendant Affinia Default Services, LLC recorded a Notice of Default against the subject property, in violation of California Civil Code §2923.6.
14. On or about 06/29/2026, Defendant Affinia Default Services, LLC recorded a Notice of Trustee's Sale, scheduling a foreclosure sale date of 07/23/2026@11am.
15. On or about, 08/15/2026, Rocket Mortgage LLC and Affinia Default Services, LLC extended the foreclosure sale date to 09/29/2026 due to the fact that Rocket Mortgage has mistakenly issued to Plaintiff the incorrect Mortgage Assistance Form 710, the correct Mortgage Assistance Form for Government Form 710 was submitted by Plaintiff along with 2 additional documents of request on 09/19/2026.
16. At no point before or during these foreclosure proceedings did Defendant Rocket Mortgage Company, LLC provide a written determination of ineligibility for a loan modification, nor did it state that an 'Appeal Period' had expired as required by law.
17. The subject property is scheduled for a Foreclosure Sale on 09/29/2026@10:00am.
18. The initiation of the Notice of Default and Election to Sell under Deed of Trust was filed while Plaintiff was completing the original loan modification application documents and began the beginning of the loan modification appeal process was still under review and the matter was not resolved. This constitutes 'Illegal Dual Tracking.'

***IV. CAUSES OF ACTION:***

***FIRST CAUSE OF ACTION***

***Violation of 12 C.F.R. §1024.41 (Federal Dual Tracking Prohibition)***

19. The Defendants actions constitute "Dual Tracking' as prohibited by State Law, specifically the Consumer Financial Protection Bureau's mortgage servicing rules under Regulation X.
20. The Plaintiff submitted a complete loss mitigation application more than 37 days before the foreclosure sale date.
21. The Defendants, while the application was pending, violated the regulations by initiating a future Foreclosure Sale Date.
22. As a direct result of this violation, the Plaintiff is scheduled for a 'Wrongful Foreclosure Sale' which will cause Plaintiff 'Irreparable Harm' and Financia Injury.
23.

***SECOND CAUSE OF ACTION:***

***Wrongful Foreclosure:***

Plaintiff incorporate by reference all preceding paragraphs. Defendant has scheduled a wrongful foreclosure sale date of the subject property by violating California Civil Code §2923.6, which prohibits "dual tracking'. As a result of this wrongful foreclosure, Plaintiff will be harmed and are entitled to actual economic damages, including the potential loss the Plaintiff primary residence/home and equity, as well as all legal fees and court cost.

***THIRD CAUSE OF ACTION:***

***Violation of The Homeowner Bill of Rights, (Civil Code §2923.6):***

Plaintiff incorporate by reference all preceding paragraphs. At all relevant times, Defendant Rocket Mortgage Company, LLC was a mortgage servicer governed by the California Homeowner Bill of Rights, (HBOR). Defendants violated Civil Code §2923.6 by recording a Notice of Default, Notice for Sale and/or scheduling a foreclosure sale while Plaintiff's complete loan modification application was pending. As a direct result of Defendants' violations, Plaintiff is entitled to damages including but not limited to, the greater amount of actual economic damages or statutory damages of $893,000.00 as well as legal fees and costs.

### *FOURTH CAUSE OF ACTION:*

### *Negligence:*

Plaintiff incorporate by reference all preceding paragraphs. Defendants owed a duty to care of Plaintiff to properly and lawfully service his mortgage loan and to comply with all applicable state and federal laws, including HOBR. Defendants breached this duty of care by unlawfully engaging in 'Dual Tracking' and attempting to conduct an illegal wrongful foreclosure. Defendants' negligence caused Plaintiff to possibly suffer economic damage, and emotional distress.

### *FIFTH CAUSE OF ACTION:*

### *Fraud:*

Plaintiff incorporate by reference all preceding paragraphs. Defendants through their actions and statements, misrepresented or concealed their intentions to proceed with foreclosure while a loan modification application was under review. Defendants knew that these representations were false or made with a reckless disregard for the truth, and they were made to induce Plaintiff into relying on them. Plaintiff justifiably relied on Defendants' representations, causing plaintiff to suffer damages.

### *SIXTH CAUSE OF ACTION:*

### *Intention Inflection of Emotional Distress:*

Plaintiff incorporate by reference all preceding paragraphs. Defendants' conduct, including the Illegal Dual Tracking and Scheduling of Wrongful Foreclosure Sale Date, was outrageous and outside the bounds of decency in a civilized society. Defendants acted with the intention of causing, or with reckless disregard for the probability of causing emotional distress to Plaintiff. As a result of Defendants' extreme and outrageous conduct, Plaintiff has suffered emotional distress.

### *SEVENTH CAUSE OF ACTION:*

### *Unfair Business Practices, (Business & Professional Code §17200):*

Plaintiff incorporate by reference all preceding paragraphs. Defendants' action including the Illegal Dual Tracking and Scheduling of Wrongful Foreclosure, constitute unlawful, unfair, and fraudulent

business acts or practices. Plaintiffs and possible other members of the public have been harmed by these practices. Pursuant to Business and Professional Code 17200, et seq., Plaintiff are entitled to injunctive relief and restitution.

### *V. PRAYER FOR RELIEF:*

Plaintiff prays for judgement against Defendants as follows:

a. For Temporary Restraining Order, (Real Property) and Preliminary and Permanent Injunction enjoining Defendants from transfer by foreclosure sale the subject property.

b. For a Judgement declaring the upcoming Foreclosure Sale of the Subject Property null and void.

c. For an award of actual economic damages.

d. For statutory damages of $893,000.00 for the HBOR violation.

e. For damages of emotional distress.

f. For punitive damages according to proof.

g. For an award of legal fees and costs.

h. For such other and further relief as the Court may deem just and proper.

Date: 10/13/2026

Roderick W. Barnett, Plaintiff

***DECLARATION OF DEFENDANT***

I declare and state that my name is Roderick W. Barnett, I am the Plaintiff to this matter.

I, declare and state that, I Roderick W Barnett am the Owner of said Single Family Residence Property 6260 Mosely Avenue, in the city of Los Angeles, county of Los Angeles, state of California 90056 as APN: 4002-003-021 by way of purchase as set forth in the original Trust Deed 09/26/2005 as Instrument Number 20052673323filed within the Los Angeles County Recorder Office on 11/04/2005@8:00am.

I declare that on or about December 2024 and through September 2026, I submitted multiple and completed Mortgage Loan Modification Application packages to Defendant Rocket Mortgage LLC and the Defendant by and through its agent: Affinia Default Services. LLC has initiated and participated in 'Illegal Dual Tracking' and 'Illegal Foreclosure' via future sale date of 09/29/2026.

I declare that each and every defendant in this matter is guilty of violating the state of California Homeowners Bill of Rights and the State and Federal Laws of Dual Tracking.

On 09/29/2026@10:32am, plaintiff had no choice but to file within the United States Bankruptcy Court a Voluntary Petition under Chapter 7 with an assigned case No: 2:26-bk-19766-NB-Judge Niel W. Bason, this filing initiated the 11 USC Rule 362-Stay of Action.

Plaintiff ask and pray that the court will grant a Temporary Restraining Order for Real Property against all defendants from initiating and or attempting to complete a Foreclosure Sale or Foreclosure Sale Transfer Deed.

Date: 10/13/2026

Roderick W. Barnett, Plaintiff

***VERIFICATION:***

Roderick W. Barnett, as Plaintiff being duly sworn, deposes and says, I am the Plaintiff, under the penalty of perjury laws of the state of California. I have read the foregoing Complaint and know the contents thereof. The same are true to my knowledge, except as to the matters therein stated to be alleged on information and belief and as to those matters, I believe them to be true and to the best of my knowledge, information, and belief.

Date: 10/13/2026

Roderick W. Barnett, Plaintiff

EXHIBIT 1

ORIGINAL GRANT FDEED

/

# Title documents

This page is part of your document - DO NOT DISCARD

05 2673323

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
11/04/05 AT 08:00am

TITLE(S) : DEED

LEAD SHEET

FEE

FEE $7 F

D.T.T. 863.50

NOTIFICATION SENT-$4

CODE 20

CODE 19

CODE 9____

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.

Number of AIN's Shown

4002 - 003 - 001

001

THIS FORM IS NOT TO BE DUPLICATED

11/4/05

2

RECORDING REQUESTED BY:
Equity Title Company

AND WHEN RECORDED MAIL TO:

05 2673323

RODRICK W. BARNETT
6260 MOSLEY AVENUE
LOS ANGELES, CA 90056

THIS SPACE FOR RECORDER'S USE ONLY:

Title Order No.: LA0532834 Escrow No.: 003237-4

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) (80)
**DOCUMENTARY TRANSFER TAX** is $863.50
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[X] Unincorporated area [ ] City of AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**ROGER D. WIBE AND CAROL A. WIBE, TRUSTEES OF THE WIBE FAMILY TRUST U/D/T DATED DECEMBER 11, 1998**

4002-003-021

hereby GRANT(s) to:

**RODRICK W. BARNETT**, AN UNMARRIED MAN

the real property in the County of Los Angeles, State of California, described as:
Lot 138 of Tract No. 12650, in the County of Los Angeles, State of California, as per Map recorded in Book 272, Pages 7 to 13 inclusive of Maps, in the Office of the County Recorder of said County.

Also Known as: 6260 MOSLEY AVENUE, LOS ANGELES, CA 90056
AP#: 4002-003-021

**DATED September 19, 2005**
STATE OF CALIFORNIA
COUNTY OF Orange
On September 26, 2005
Before me, Doris Shambrook
A Notary Public in and for said State, personally appeared
Roger D. Wibe and Carol A. Wibe

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

THE WIBE FAMILY TRUST U/D/T DATED DECEMBER 11, 1998

BY: Roger D. Wibe Trustee
ROGER D. WIBE, TRUSTEE

BY: Carol A. Wibe, Trustee
CAROL A. WIBE, TRUSTEE

DORIS SHAMBROOK
Commission # 1473582
Notary Public - California
Orange County
My Comm. Expires Mar 2, 2008

Signature Doris Shambrook (This area for official notarial seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

LA0532834

EXHIBIT 2

SUBSTITUTION OF TRUSTEE

2

# Title documents

This page is part of your document - DO NOT DISCARD

COUNTY OF LOS ANGELES CALIFORNIA

20250630323

Pages: 0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

09/12/25 AT 08:00AM

| | |
|---|---|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 100.00 |

LEADSHEET

202509120160035

00025819288

015519606

SEQ:
01

SECURE - 8:00AM

THIS FORM IS NOT TO BE DUPLICATED

E502868

250499341 RP

**RECORDING REQUESTED BY:**
Affinia Default Services, LLC

**After Recording Return To:**
Affinia Default Services, LLC
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
TS #: 25-10275CA
TSG Order #:250499341-CA-VOI

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SUBSTITUTION OF TRUSTEE

**Deed of Trust Date:**

February 22, 2007

**Grantor(s)/Mortgagor(s):**

Rodrick W Barnett, an unmarried man

**Original Beneficiary/Mortgagee:**

Mortgage Electronic Registration Systems, Inc., as beneficiary as nominee for Countrywide Bank, N.A. its successors and assigns

**Current Beneficiary/Mortgagee:**

Wilmington Trust, National Association,
as successor Trustee to Citibank, N.A.as Trustee
for Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Passthrough Certificates, Series 2007-AR3

**Recording Information:**

Recorded March 6, 2007
Document No.: 20070483191

**County Where Property Situated:**

Los Angeles

**Servicing Agent:**

Nationstar Mortgage LLC d/b/a Mr. Cooper

**Address of Servicing Agent:**

8950 Cypress Waters Blvd
Coppell, TX 75019

**Property Address:**
6260 Mosley Ave, Los Angeles, CA 90056

**Assessor's Parcel Number:**
4002-003-021

**Original Trustee:**
ReconTrust Company, N.A.

**Wilmington Trust, National Association, as successor Trustee to Citibank, N.A.as Trustee for Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Passthrough Certificates, Series 2007-AR3** is the current beneficiary under said deed of trust.

The beneficiary, pursuant to the terms of and authority granted under the deed of trust, hereby substitutes **Affinia Default Services, LLC**, whose address is **301 E. Ocean Blvd., Suite 1720, Long Beach, CA 90802**, as successor trustee under the deed of trust with all powers of the original trustee.

Dated this 3rd day of September, 2025.

**Wilmington Trust, National Association, as successor Trustee to Citibank, N.A.as Trustee for Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Passthrough Certificates, Series 2007-AR3 by Nationstar Mortgage LLC as attorney in fact**

By: [signature]

Name and Title: Serge Rameau Assistant Secretary

Date: 09/03/2025

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

THE STATE OF Florida §
COUNTY OF Miami-Dade §

This instrument was acknowledged before me this 3rd day of September, 2025 by Serge Rameau, as Assistant Secretary of Nationstar Mortgage LLC, on behalf of said entity.

✓ Personally known

____ Produced identification: *ID number and type of ID* ____________

Grace Cruz-Allegro
Signature of Notary Public

Grace Cruz-Allegro
Printed Name of Notary Public, State of ~~Texas~~ Florida
(NOTARY SEAL)

NOTARY PUBLIC STATE OF FLORIDA
Grace Cruz-Allegro
Comm.: HH 674476
Expires: May 7, 2029
Notary Public - State of Florida



File No: 25-10275CA; Title Policy No: 250499341-CA-VOI

EXHIBIT 3

NOTICE OF DEFAULT

3

# Title documents

This page is part of your document - DO NOT DISCARD

**20250630324**

Pages: 0005

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

09/12/25 AT 08:00AM

| | |
|---|---|
| FEES: | 38.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 113.00 |

LEADSHEET

202509120160035

00025819289

015519606

SEQ:
02

SECURE - 8:00AM

THIS FORM IS NOT TO BE DUPLICATED

E502864

250499341 RP

**RECORDING REQUESTED BY:**
ServiceLink

**AND WHEN RECORDED MAIL TO:**
Affinia Default Services, LLC
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: **4002-003-021** TS No.: **25-10275CA** TSG Order No.: **250499341-CA-VOI**

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED*
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**IMPORTANT NOTICE**

IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five (5) business days prior to the date set for the sale of your property. No sale date may be set until approximately ninety (90) days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$89,041.06** as of **09/10/2025** and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three (3) months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

TO FIND OUT THE AMOUNT YOU MUST PAY, OR TO ARRANGE FOR PAYMENT TO STOP THE

* The summary documents shall be provided to the trustor(s) and/or vested owner(s), Cal. Civ. Code § 2923.3(c)(2). These summaries are not required to be recorded or published, Cal. Civ. Code § 2923.3(a).

FORECLOSURE, OR IF YOUR PROPERTY IS IN FORECLOSURE FOR ANY OTHER REASON, CONTACT:

**Nationstar Mortgage LLC d/b/a Mr. Cooper**
**c/o Affinia Default Services, LLC**
**301 E. Ocean Blvd., Suite 1720, Long Beach, CA 90802**
**Attn: Foreclosure Dept.**
**Phone: (833) 290-7452**
**Fax: (562) 983-5379**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN THAT Affinia Default Services, LLC** is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **February 22, 2007**, executed by **Rodrick W Barnett, an unmarried man**, as Trustor(s), to secure certain obligations in favor of **Mortgage Electronic Registration Systems, Inc., as beneficiary as nominee for Countrywide Bank, N.A. its successors and assigns**, as beneficiary, recorded on **March 6, 2007**, Instrument No.: **20070483191** of Official Records in the Office of the Recorder of **Los Angeles** County, California describing land therein as: As more fully described on said Deed of Trust.

Included among these obligations is one Note(s) for the original sum of **$716,000.00** that beneficial interest under such Deed of Trust and the obligations secured thereby presently held by the beneficiary or its agent; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:

1) **Installment of Principal and Interest which became due on June 1, 2024, plus impounds and/or advances together with late charges, and all subsequent installments of principal, interest, plus impounds and/or advances and late charges and any reoccurring obligation that become due, including trustee's fees and expenses.**

That by reason therefore, the present beneficiary under such deed of trust has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

**NOTHING IN THIS NOTICE SHALL BE CONSTRUED AS WAIVER OF ANY OTHER FEES OWING TO THE BENEFICIARY, OR OTHER DEFAULT BY THE TRUSTOR, PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.**

The beneficiary, mortgage servicer, or agent of beneficiary or mortgage servicer declares that it has complied with California Civil Code Section 2923.5 and/or 2923.55, wherever applicable. The Declaration is attached.

Dated: **September 10, 2025**

By: **Carlos Quezada**
Foreclosure Associate
Affinia Default Services, LLC, as Trustee

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of the debt referenced herein in a bankruptcy proceeding, this is not an attempt to impose personal liability upon you for payment of that debt. In the event you have received a bankruptcy discharge, any action to enforce the debt will be taken against the property only.

Borrower(s): RODRICK W BARNETT
Property Address: 6260 MOSLEY AVE LOS ANGELES , CA 90056
Trustee's Sale No.:

**CALIFORNIA DECLARATION OF COMPLIANCE**
**(CAL. CIV. CODE § 2923.55)**

The undersigned, as an authorized agent or employee of the below mortgage servicer, declares as follows:

1. [X] The mortgage servicer has contacted the borrower to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure as required by California Civil Code § 2923.55(b)(2). Thirty days have passed since the initial contact was made.
2. [ ] The mortgage servicer has tried with due diligence to contact the borrower as required by California Civil Code § 2923.55(f) but has not made contact despite such due diligence. Thirty days have passed since these due diligence efforts were satisfied.
3. [ ] No contact was required because the individual did not meet the definition of "borrower" under California Civil Code § 2920.5(c).
4. [ ] The requirements of California Civil Code § 2923.55 do not apply because the loan is not secured by a first lien mortgage or deed of trust on "owner-occupied" or qualifying tenant-occupied residential real property as defined by California Civil Code § 2924.15.

Additionally, pursuant to California Civil Code § 3273.10:

1. [ ] The requirements of California Civil Code § 3273.10 do not apply because the borrower has not requested a forbearance related to a COVID-19 hardship.
2. [X ] The requirements of California Civil Code § 3273.10 do not apply because the mortgage servicer has not denied the borrower a forbearance request on or after 8/31/2020.
3. [ ] The requirements of California Civil Code § 3273.10 do not apply because the mortgage or deed of trust is not secured by residential property containing four dwelling units or less.
4. [ ] The requirements of California Civil Code § 3273.10 do not apply because the borrower was not current on payment as of 2/1/2020.
5. [ ] The mortgage servicer has denied the borrower a forbearance request on or after 8/31/2020, and a forbearance was not subsequently provided. A copy of the denial notice is attached.
6. [ ] The mortgage servicer has denied the borrower a forbearance request on or after 8/31/2020, however, a forbearance was subsequently provided. A copy of the initial denial notice is attached.
7. [ ] The mortgage servicer is in compliance with California Civil Code § 3273.10 because the mortgage servicer has complied with the relevant provisions regarding forbearance in Section 4022 of the federal Coronavirus Aid, Relief, and Economic Security Act (the CARES Act) (Public Law 116-136), including any amendments or revisions to those provisions, pursuant to California Civil Code § 3273.10(d).

I certify that this declaration is accurate, complete, and supported by competent and reliable evidence which the mortgage servicer has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

Nationstar Mortgage LLC as attorney infact for
WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-AR3

Dated: 11/08/2024

Signature of Agent or Employee 11-8-24

Rebecca C Wallace – Document Execution Associate

Printed Name of Agent or Employee

ATTACHMENT TO NOTICE OF DEFAULT

EXHIBIT 4

NOTICE OF TRUSTEE SALE UNDER DEED OF TRUST

4

# Title documents

**This page is part of your document - DO NOT DISCARD**

# 20260471314

Pages: 0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

06/29/26 AT 08:00AM

| | |
|---|---|
| FEES: | 40.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 115.00 |

LEADSHEET

202606290160025

00026693606

016114199

SEQ:
01

SECURE - 8:00AM

THIS FORM IS NOT TO BE DUPLICATED

E705066

250499341 LL

**RECORDING REQUESTED BY:**
ServiceLink

**AND WHEN RECORDED MAIL TO:**
Affinia Default Services, LLC
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: **4002-003-021** TS No.: **25-10275CA** TSG Order No.: **250499341-CA-VOI**

# NOTICE OF TRUSTEE SALE UNDER DEED OF TRUST

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED*
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED FEBRUARY 22, 2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

**Affinia Default Services, LLC**, as the duly appointed Trustee, under and pursuant to the power of sale contained in that certain Deed of Trust Recorded **March 6, 2007** as Document No.: 20070483191 of Official Records in the office of the Recorder of **Los Angeles** County, California, executed by: **Rodrick W Barnett, an unmarried man**, as Trustor, will be sold AT PUBLIC AUCTION TO THE HIGHEST BIDDER for cash (payable in full at time of sale by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state). All right, title and interest conveyed to and now held by it under said deed of trust in the property situated in said county and state, and as more fully described in the above referenced deed of trust.

**Sale Date: July 23, 2026**
**Sale Time: 10:00AM**
**Sale Location: Behind the fountain located in Civic Center Plaza,
400 Civic Center Plaza, Pomona, CA 91766**

The street address and other common designation, if any, of the real property described above is purported to be: **6260 Mosley Avenue, Los Angeles, CA 90056.**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made in an "AS IS" condition, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit: **$1,284,159.19** (Estimated). Accrued interest and additional advances, if any, will increase this figure prior to sale. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call, (800) 758-8052 for information regarding the trustee's sale or visit this internet website, www.xome.com, for information regarding the sale of this property, using the file number assigned to this case, T.S.# 25-10275CA. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale.

**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (866) 932-0360, or visit this internet website www.affiniadefault.com, using the file number assigned to this case 25-10275CA to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

For Pre Sale Information Log On To: www.xome.com or Call: (800) 758-8052.
For Post Sale Results please visit www.affiniadefault.com or Call (866) 932-0360

Dated: **June 25, 2026**

By: **Carlos Quezada**
Foreclosure Associate
Affinia Default Services, LLC
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
(833) 290-7452

**RECORDING REQUESTED BY:**
ServiceLink

**AND WHEN RECORDED MAIL TO:**
Affinia Default Services, LLC
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: **4002-003-021** TS No.: **25-10275CA** TSG Order No.: **250499341-CA-VOI**

# NOTICE OF TRUSTEE SALE UNDER DEED OF TRUST

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED*
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED FEBRUARY 22, 2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

**Affinia Default Services, LLC**, as the duly appointed Trustee, under and pursuant to the power of sale contained in that certain Deed of Trust Recorded **March 6, 2007** as Document No.: 20070483191 of Official Records in the office of the Recorder of **Los Angeles** County, California, executed by: **Rodrick W Barnett, an unmarried man**, as Trustor, will be sold AT PUBLIC AUCTION TO THE HIGHEST BIDDER for cash (payable in full at time of sale by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state). All right, title and interest conveyed to and now held by it under said deed of trust in the property situated in said county and state, and as more fully described in the above referenced deed of trust.

**Sale Date: July 23, 2026**
**Sale Time: 10:00AM**
**Sale Location: Behind the fountain located in Civic Center Plaza,**
**400 Civic Center Plaza, Pomona, CA 91766**

The street address and other common designation, if any, of the real property described above is purported to be: **6260 Mosley Avenue, Los Angeles, CA 90056.**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made in an "AS IS" condition, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit: **$1,284,159.19** (Estimated). Accrued interest and additional advances, if any, will increase this figure prior to sale. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call, (800) 758-8052 for information regarding the trustee's sale or visit this internet website, www.xome.com, for information regarding the sale of this property, using the file number assigned to this case, T.S.# 25-10275CA. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the internet website. The best way to verify postponement information is to attend the scheduled sale.

**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (866) 932-0360, or visit this internet website www.affiniadefault.com, using the file number assigned to this case 25-10275CA to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

For Pre Sale Information Log On To: www.xome.com or Call: (800) 758-8052.
For Post Sale Results please visit www.affiniadefault.com or Call (866) 932-0360

Dated: **June 25, 2026**

By: **Carlos Quezada**
Foreclosure Associate
Affinia Default Services, LLC
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
(833) 290-7452

EXHIBIT 5

ROCKET MORTGAGE DOCUMENTS

Rocket Mortgage

8950 Cypress Waters Blvd. | Coppell, TX 75019

FILE COPY

3367 2 MB 0.672 T11 P2 AUTO 478885.2-NNNN-39478052

Kenneth Brooks Esquire
214, Main Street, PMB 542
El Segundo, CA 90245

**Loan Number**
0618663025

**Case Number**
0018140125

**Property Address**
6260 MOSLEY AVE
Los Angeles, CA 90056

**Notice Date**
7/31/2026

478885.2-NNNN-733804133-3367.1

Hi Kenneth Brooks Esquire:

We received your letter on July 15, 2026, and we are sharing with you what we found after an investigation into your concerns.

After a thorough review of your client's loan, we want to inform you that your client evaluation is currently in Missing Documents status. Unfortunately, we are unable to complete our review and determine your client eligibility for available loss mitigation options until all required documentation has been received and verified. We want to assure you that our team remains committed to assisting you as quickly as possible once the outstanding items are submitted.

Please review the following list of required documents carefully, as each item is necessary to move your evaluation forward:

**1. Request for Uniform Borrower Assistance Form (UBAF)**

The form your client previously submitted has expired and can no longer be accepted for use in this review. We kindly ask that you client complete and submit a new, current UBAF. These forms capture essential information about your client's financial hardship and current circumstances, and they must be up to date to ensure an accurate evaluation. Please ensure all sections are completed in full, signed, and dated with a current date at the time of submission.

**2. 2026 Social Security / SSI Award Letter**

Our records indicate that a 2025 Social Security or SSI award letter is currently on file; however, this document is no longer valid for purposes of your review. We require the 2026 award letter reflecting your current benefit amount.

**3. Mortgage Statement for Primary Residence (If Different from Subject Property)**

If your primary residence is a property different from the subject property under review, we will need documentation reflecting the current mortgage obligations associated with that property. Specifically, we require a current mortgage statement clearly showing the principal, interest, taxes, and insurance (PITI) amounts. Please note the following acceptable alternatives based on your circumstances:

- If the property is paid in full: Please provide a paid-in-full letter from the mortgage servicer or a written explanation confirming the property is owned free and clear of any mortgage obligation.

Rocket Mortgage LLC is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

Rocket Mortgage

8950 Cypress Waters Blvd. | Coppell, TX 75019

FILE COPY

478885.2-NNNN-733804133-3367.2

- If the primary residence is a rental property: Please provide a copy of the current, fully executed rental agreement associated with that property.

**4. Documentation of Rental Income**

To verify any rental income you are currently receiving, we require one of the following:

- Your two most recent consecutive bank statements clearly showing deposits of rental income, or
- Copies of your two most recent deposited rent checks, showing the check amount and evidence of deposit.

This documentation is necessary to accurately assess your full income picture as part of the loss mitigation evaluation process.

Please complete, sign, and date the enclosed UBAF and submit with the following

- Uniform Borrower Assistance Form
- 2 Months' Proof of Income for all sources (i.e., last quarter's profit and loss statement, pay stubs, award letter of benefits statement, bank statements, etc.)
- Tax Return (signed and dated) or Extension Form 4868 with Tax Return

Please send your documents to:

Rocket Mortgage
PO Box 619097
Dallas, TX 75261
Fax: 214-488-1993
E-mail: modificationassistance@rocketmortgage.com

Once we have received and reviewed all outstanding documentation, our team will promptly resume your evaluation and assess all available loss mitigation options for which you may qualify. We are committed to working with you toward a resolution.

| RESPA RESPONSE TO NOTICE OF ERROR |
|---|
| Under applicable federal law, we are required to inform you that after completing a reasonable investigation into the issues described above, it has been determined no error occurred. You have the right to access the documents we used in this investigation, and we have enclosed them. Those documents are:<br>• UBAF Application |

If you have any questions, your Dedicated Loan Specialist is Carol Gray who can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our hours of operation are Monday through Friday from 8:30 a.m. to 9 p.m. (ET) and Saturday from 9 a.m. to 4 p.m. (ET). Visit us on the web at www.RocketMortgage.com for more information.

Sincerely,

Rocket Mortgage
PO Box 619098
Dallas, TX 75261

Phone: 877-783-7480
Fax: 972-315-8637

Enclosure
By U.S. Standard Mail and E-mail: roddbarn@cs.com

Are you experiencing a financial hardship? Our local non-profit partners can help with financial counseling and other services. Please visit these websites for assistance:

Rocket Mortgage

PO Box 619097 | Dallas, TX 75261

**Loan number**
0618663025

**Property address**
6260 MOSLEY AVE
LOS ANGELES, CA 90056

**Notice date**
07/31/2026

330 1 MB 0.672 T2 P2 AUTO 482874.2-NNNN-32435925
RODRICK W BARNETT
C/O KENNETH BROOKS, ESQUIRE
214 MAIN STREET, PMB 542
EL SEGUNDO, CA 90245

482874.2-NNNN-733873204-330.1

FILE COPY

Hi RODRICK BARNETT:

My name is Shuketia Polk-Smith and as of 07/31/2026, I am your **new** Dedicated Loan Specialist.

As you know, my job is to help if you ever fall behind on your mortgage payments. **Please call me as soon as possible so we can talk about your situation and figure out a solution.**

Here is my contact information:

| | |
|---|---|
| **Name:** | Shuketia Polk-Smith |
| **Phone:** | (866)316-2432 |
| **Address:** | 8950 Cypress Waters Blvd.<br>Coppell, TX 75019 |
| **Fax:** | (214)488-1993 |

If I am unavailable, you can speak with one of my colleagues. They have access to your loan information and will be happy to assist you on my behalf. We are available Monday through Friday from 8:30 a.m. to 9 p.m. ET and Saturday from 9 a.m. to 4 p.m. ET.

I look forward to hearing from you. Together, I'm confident we can find a great solution.

Sincerely,

Your Rocket Servicing Team

Loan Spec
T. Hunter
469-470-8466

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

Rocket Mortgage
PO Box 619097 | Dallas, TX 75261

**Loan number**
0618663025

**Property address**
6260 MOSLEY AVE
LOS ANGELES, CA 90056

**Notice date**
07/01/2026

RODRICK BARNETT
6260 MOSLEY AVE
LOS ANGELES, CA 90056

FILE COPY

Hi RODRICK BARNETT:

We received your application for loss mitigation options and/or supporting documentation (the "Borrower Response Package"). We have determined that your application for loss mitigation is incomplete, either because we are missing documentation or the information in the documentation you have supplied is incomplete. This letter includes a list of the document(s) we've already received and their status, the required document(s)/information we still need and the next steps for you to take. We encourage you to return the specified documentation to us by **07/16/2026.**

**Rodrick Barnett**

| **Required Documents** | **Document Status** | **Expiration Date** | **Next Steps** |
|---|---|---|---|
| RMA (Request for Modification and Affidavit Form) Or UBAF (Uniform Borrower Assistance Form) | Not Received | | Please provide the required document. |
| Income Documentation listed on application form and/or claimed on most recent tax return | Received and Under Review | | We are in the process of reviewing the documentation you provided and will notify you if anything further is needed. |

If any documents are shown to be '**not received**', '**update needed**' or '**expired**', we encourage you to return the document(s) to us as soon as possible. Various delivery options are provided on the next page. For the documents shown to be '**complete,**' please also reference the approaching expiration dates. Generally, the documentation you have provided expires 90 days from our receipt.

Please note that because either this is not your first loss mitigation application during your current delinquency or because you did not submit a complete Borrower Response Package more than 37 days prior to a scheduled foreclosure sale, any foreclosure-related legal actions will continue and the foreclosure sale date, if set, will not be postponed, so **time is of the essence.** If you have already received notice of a foreclosure sale, you will need to act quickly or it may not be possible to evaluate your application prior to the foreclosure sale. If your complete Borrower Response Package is received less than 37 days prior to a scheduled foreclosure sale date, there is no guarantee that we can evaluate you for a loss mitigation option in time to stop the foreclosure sale or that a court with jurisdiction over the foreclosure proceeding or public official charged with carrying out the sale will permit us to halt the sale. We must, however, receive the complete Borrower Response Package no later than 15 days prior to a scheduled foreclosure sale or we will not be able to evaluate it. **Do not ignore any foreclosure notices.**

Once you have provided the additional documentation/information to us as requested, we will evaluate for all loss mitigation options available to you. At the conclusion of the evaluation period, we will send you a notification informing you of the eligibility of those loss mitigation options. If you qualify for a loss mitigation option, you will have 14 days from the date of the offer letter to accept or reject the offer. If you do not respond within 14 days, the offer may be deemed as rejected. There is no guarantee that you will qualify or receive any loss mitigation options. Depending upon the programs for which you are evaluated, we may be required to obtain third party approval to determine your eligibility.

In determining whether you are eligible for a modification program, we may obtain a valuation of your property such as an appraisal or BPO. In such case, we will promptly provide you with a copy of any such valuation regardless of whether you are approved for a modification. Copies of valuations will be provided at no cost to you.

Rocket Mortgage
PO Box 619097 | Dallas, TX 75261

FILE COPY

**Additional Resources**
For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

482874.2-NNNN-733873204-330.2*

LOAN NO: 0618663025

FILE COPY

## UNIFORM BORROWER ASSISTANCE FORM FOR GOVERNMENT LOANS

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy and (4) your credit counseling agency.

On Page 2, you must disclose information about all of your income expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

**NOTICE: In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.**

**REMINDER: The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506-T (for self-employed borrowers or borrowers with rental income or if otherwise required); (3) required income documentation and (4) required hardship documentation.**

Loan Number: 0618663025 (usually found on your monthly mortgage statement)

Servicer's Name: Rocket Mortgage Number of People in household: 2

I want to: [X] Keep the Property ☐ Vacate the Property ☐ Sell the Property ☐ Undecided

The property is currently: [X] My Primary Residence ☐ Second Home ☐ An Investment Property

The property is currently: [X] Owner Occupied ☐ Renter Occupied ☐ Vacant

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME Roderick Wayne Barnett | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER 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 / DATE OF BIRTH 08/30/1957 | SOCIAL SECURITY NUMBER / DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE 323-294-5633 | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE 646-504-8205 | CELL OR WORK NUMBER WITH AREA CODE |

MAILING ADDRESS
6260 Mosely Avenue Los Angeles California 90056

| | |
|---|---|
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) Same | EMAIL ADDRESS RoddBarn@cs.com |

Is the property listed for sale? ☐ Yes [X] No
If yes, what was the listing date? ______
If property has been listed for sale, have you received an offer on the property? ☐ Yes ☐ No
Date of offer ______ Amount of offer? ______
Agent's Name? ______
Agent's Phone Number: ______
For Sale by Owner? ☐ Yes ☐ No

Have you contacted a credit counseling agency for help?
☐ Yes ☐ No
If yes, please complete the counselor contact information below:

Counselor's Name: ______
Agency's Name: ______
Counselor's Phone Number: ______
Counselor's Email Address: ______

Do you have condominium or homeowner association (HOA) fees? ☐ Yes [X] No

Total Monthly amount: $______ Name and Address fees are paid to? ______

Have you filed for bankruptcy? ☐ Yes [X] No If yes? ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13

If yes, what is the filing date? Has your bankruptcy been discharged? ☐ Yes ☐ No Bankruptcy case Number:

Is any borrower an active duty service member? ☐ Yes [X] No

Has any borrower been deployed away from his/her primary residence or received a Permanent Change of Station order? ☐ Yes [X] No

Is any borrower the surviving spouse of a deceased service member who was on active duty at the time of death? ☐ Yes [X] No

FILE COPY

## UNIFORM BORROWER ASSISTANCE FORM FOR GOVERNMENT LOANS

| Monthly Household Income | | Monthly Household Expenses and Debt Payments | | Household Assets (associated with the property and/or borrower(s) excluding retirement funds | |
|---|---|---|---|---|---|
| Gross wages | $ 0.00 | First Mortgage Payment | $ 5605.62 | Checking Account(s) | $47.000.00 |
| Overtime | $ | Second Mortgage Payment | $ | Checking Account(s) | $ 4500.00 |
| Child Support / Alimony* | $ | HOA/Condo Dues | $ | Savings / Money Market | $ 5700.00 |
| Non-taxable social security/SSDI | $ | Alimony, child support payments* | $ | CDs | $ |
| Taxable SS benefits, annuities or retirement plans | $862.71 | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ | Stocks / Bonds | $ |
| Tips, commissions, bonus and self-employed income | $ | Auto Fuel/Insurance | $ 300.00 | Other Cash on Hand | $ |
| Rents Received | $ | Auto Payments | $ | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | Food | $ 300.00 | Other | $ |
| Food Stamps/Welfare | $ | Utilities/Phone/Cable | $ 500.00 | | $ |
| Other | $ | Housekeeping Supplies | $ | | |
| Social Security | $2940.00 | Personal Care Products & Services | $ | | |
| Boarder-Rent | $1500.00 | Apparel & Services | $ | | |
| | | Other | $ | | |
| **Total (Gross income)** | $ 5302.71 | **Total Household Expenses and Debt Payments** | $ 6705.62 | **Total Assets** | $ 57200.00 |

Any other liens (mortgage liens, mechanics liens, tax liens, etc.)

| Lien Holder's Name | Balance & Interest Rate | Loan Number | Lien Holder's Phone Number |
|---|---|---|---|
| | | | |

### Required Income Documentation

❑ **Do you earn a salary or hourly wage?**
For each borrower who is a salaried employee or paid by the hour, include paystub(s) reflecting the most recent 30 days' or four weeks' earnings and documentation reflecting year-to-date earnings, if not reported on the paystubs (e.g. signed letter or printout from employer).

❑ **Are you self-employed?**
For each borrower who receives self-employed income, include a complete, signed individual federal income tax return and, as applicable, the business tax return; AND either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflects activity for the most recent three months; OR copies of bank statements for the business account for the last two months evidencing continuation of business activity.

❑ **Do you have any additional sources of income?** Provide for each borrower as applicable:

**"Other Earned Income" such as bonuses, commissions, housing allowance, tips, or overtime:**
- ❑ Reliable third-party documentation describing the amount and nature of the income (e.g., paystub, employment contract or printouts documenting tip income).

**Social Security, disability or death benefits, pension, public assistance, or adoption assistance:**
- ❑ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and
- ❑ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.

**Rental income:**
- ❑ Copy of the most recent filed federal tax return with all schedules, including Schedule E—Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent you reported reduced by the monthly debt service on the property, if applicable; or
- ❑ If rental income is not reported on Schedule E – Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.

**Investment income:**
- ❑ Copies of the two most recent investment statements or bank statements supporting receipt of this income.
- ❑ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and
- ❑ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.

***Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.**

FILE COPY

## UNIFORM BORROWER ASSISTANCE FORM FOR GOVERNMENT LOANS

### HARDSHIP AFFIDAVIT

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage loan relief options.

Date Hardship Began is: 7/1/2024

I believe my situation is:

- ☐ Short-term (under 6 months)
- ☐ Medium-term ( 6 -12 months)
- ☒ Long- term or Permanent Hardship (greater than 12 months)

**I am having difficulty making my monthly payment because of the reason set forth below:**

***(Please check the primary reason and submit required documentation demonstrating your primary hardship)***

| If Your Hardship is: | Then the Required Hardship Documentation is: |
|---|---|
| ☒ Unemployment | ☒ No hardship documentation required |
| ☐ Reduction in Income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ☐ No hardship documentation required |
| ☐ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | ☐ No hardship documentation required |
| ☐ Divorce or legal separation; separation of borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ Divorce decree signed by the court; OR<br>☐ Separation agreement signed by the court; OR<br>☐ Current credit report evidencing divorce, separation, or non-occupying borrower has a different address; OR<br>☐ Recorded quitclaim deed evidencing that the non-occupying Borrower or co-Borrower has relinquished all rights to the property |
| ☐ Death of a borrower or death of either the primary or secondary wage earner in the household | ☐ Death certificate; OR<br>☐ Obituary or newspaper article reporting the death |
| ☐ Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member | ☐ Proof of monthly insurance benefits or government assistance (if applicable); OR<br>☐ Written statement or other documentation verifying disability or illness; OR<br>☐ Doctor's certificate of illness or disability; OR<br>☐ Medical Bills<br>None of the above shall require providing detailed medical information |
| ☐ Disaster (natural or man-made) adversely impacting the property or borrower's place of employment | ☐ Insurance claim; OR<br>☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR<br>☐ Borrower or employer property located in a federally declared disaster area |
| ☐ Distant employment transfer/ Relocation | **For active-duty servicemembers:** Notice of Permanent Change of Station (PCS) or actual PCS orders.<br>**For employment transfers/new employment:**<br>☐ Copy of signed offer letter or notice from employer showing transfer to a new employment location; OR<br>☐ Paystub from new employer<br>In addition to the above, documentation that reflects the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |
| ☐ Business Failure | ☐ Tax return from the previous year (including all schedules) AND<br>☐ Proof of business failure supported by one of the following:<br>☐ Bankruptcy filing for the business; OR<br>☐ Two months recent bank statements for the business account evidencing cessation of business activity; OR<br>☐ Most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ Other; a hardship that is not covered above | ☐ Written explanation describing the details of the hardship and relevant documentation |

FILE COPY

**Borrower/Co-Borrower Acknowledgement and Agreement**

I certify, acknowledge, and agree to the following:

1. All of the information in this Borrower Assistance Form is truthful and the hardship that I have identified contributed to my need for mortgage relief.
2. The accuracy of my statements may be reviewed by the servicer, owner or guarantor of my mortgage, their agent(s), or an authorized third party*, and I may be required to provide additional supporting documentation. I will provide all requested documents and will respond timely to all servicer, or authorized third party*, communications.
3. Knowingly submitting false information may violate Federal and other applicable law.
4. If I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, the servicer may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.
5. The servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
6. I may be eligible for a trial period plan, repayment plan, or forbearance plan. If I am eligible for one of these plans, I agree that:
   a. All the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.
   b. My first timely payment under the plan will serve as acceptance of the terms set forth in the notice of the plan sent by the servicer.
   c. The servicer's acceptance of any payments under the plan will not be a waiver of any acceleration of my loan or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my loan.
   d. Payments due under a trial period plan for a modification will contain escrow amounts. If I was not previously required to pay escrow amounts, and my trial period plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior waiver is revoked. Payments due under a repayment plan or forbearance plan may or may not contain escrow amounts. If I was not previously required to pay escrow amounts and my repayment plan or forbearance plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior escrow waiver is revoked.
7. A condemnation notice has not been issued for the property.
8. The servicer or authorized third party* will obtain a current credit report on all borrowers obligated on the Note.
9. The servicer or authorized third party* will collect and record personal information that I submit in this Borrower Response Package and during the evaluation process. This personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity. I understand and consent to the servicer or authorized third party*, as well as any investor or guarantor (such as Fannie Mae or Freddie Mac), disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to the following:
   a. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them.
10. I consent to being contacted concerning this request for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender/servicer/ or authorized third party*. By checking this box, I also consent to being contacted by ☐ text messaging.

| | | | |
|---|---|---|---|
| [signature] | 09/01/2026 | | |
| Borrower Signature | Date | Co-Borrower Signature | Date |

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Rocket Mortgage

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060 | 5801 Postal Road | Cleveland, OH 44181

2759 1 MB 0.707 T8 P2 AUTO 582831.3-NNNN-32492974
RODRICK W BARNETT
C/O KENNETH BROOKS, ESQUIRE
214 MAIN STREET, PMB 542
EL SEGUNDO, CA 90245

**Loan number**
0618663025

**Property address**
6260 MOSLEY AVE
LOS ANGELES, CA 90056

**Notice date**
09/18/2026

582831.3-NNNN-749801380-2759.1

Hi RODRICK BARNETT:

Our records tell us that one or more payment(s) on your Rocket Mortgage home loan is overdue. If you are a member of our military (or a spouse or dependent of such a servicemember), you may be entitled to certain rights under the Servicemembers Civil Relief Act (SCRA). We've enclosed the Servicemember Civil Relief Act Notice Disclosure for your convenience.

**Housing Counselors:** For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp, the Department of Housing and Urban Development at https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

We have a dedicated department that assists our service men and women. Our dedicated team of specialists can be reached by contacting our Military Family Department at (800) 4-ROCKET. Our hours of operation are Monday through Friday from 8:30 a.m. to 9 p.m. ET and Saturday from 9 a.m. to 4 p.m. ET. You can also contact us via one of the following methods:

Your Rocket Servicing Team
Attn: SCRA/Military Families
PO Box 619098
Dallas, TX 75261-9741
Fax: 855-856-0427
MilitaryFamilies@rocketmortgage.com

Thank you for your dedicated service.

Sincerely,

Your Rocket Servicing Team

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

Rocket Mortgage

PO Box 619097 | Dallas, TX 75261

Loan number
0618663025

Property address
6260 MOSLEY AVE
LOS ANGELES, CA 90056

Notice date
09/25/2026

2693 1 MB 0.707 T7 P2 AUTO 600283.2-NNNN-32503213
RODRICK BARNETT
C/O KENNETH BROOKS ESQUIRE
214 MAIN STREET PMB 542
EL SEGUNDO, CA 90245

600283.2-NNNN-752324920-2693.1

Hi RODRICK BARNETT:

This letter confirms that we have all of the information we need from you to evaluate your eligibility[1] for loss mitigation options. The evaluation process should be completed within 30 days of the date we collected all necessary documentation from you, which was 09/20/2026.

Either because this is not your first loss mitigation application during your current delinquency or because you were required to but did not submit a complete Borrower Response Package more than 37 days prior to a scheduled foreclosure sale, any foreclosure-related legal actions will continue and the foreclosure sale date, if set, will not be postponed. Our evaluation process is generally 30 days. While we will attempt to expedite our review, if we received a complete Borrower Response Package from you less than 37 days prior to a scheduled foreclosure sale date, there is no guarantee that we can evaluate you for a loss mitigation option in time to stop the foreclosure sale or that a court with jurisdiction over the foreclosure proceeding or public official charged with carrying out the sale will permit us to halt the sale. **Do not ignore any foreclosure notices.**

During the evaluation period, we will determine whether or not you are eligible for loss mitigation options based upon the information we have. If we determine at a later date that we need additional information to complete our evaluation of your application, we will request the additional information from you.

Please note that if you submitted a complete application as a potential successor in interest, while we can review the application to determine potential eligibility for loss mitigation options, such eligibility would be contingent upon your confirmation as a successor in interest during the evaluation period (within 30 days of the date your application was deemed to be complete). If your status has not been confirmed by the end of the evaluation period, your application will be rejected. We encourage you to work closely with our Research team to ensure they have everything they need to timely confirm your successor in interest status.

Depending upon the programs for which you are evaluated, we may be required to obtain third party approval to determine your eligibility. In determining whether you are eligible for a modification program, we may obtain a valuation of your property such as an appraisal or BPO. In such case, we will promptly provide you with a copy of any such valuation regardless of whether you are approved for a modification. Copies of valuations will be provided at no cost to you.

No action is required. This letter is for informational purposes only.

You should also consider contacting Mortgagees of any other Mortgages secured by 6260 MOSLEY AVE, LOS ANGELES, CA 90056 to discuss available loss mitigation options.

If you have any questions, your Dedicated Loan Specialist is Tawanda Hunter and can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our hours of operation are Monday through Friday from 8:30 a.m. to 9 p.m. ET and Saturday from 9 a.m. to 4 p.m. ET. Visit us on the web at www.RocketMortgage.com for more information.

Sincerely,
Your Rocket Servicing Team

[1] Eligibility means you are qualified to participate in a program. However, eligibility for liquidation programs (short sale/deed in lieu) may be contingent upon receipt of additional information.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

Rocket Mortgage

PO Box 619097 | Dallas, TX 75261

**Notices of Error:**

If you believe an error has been made with respect to your mortgage loan, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the error you believe has occurred. To submit a notice of error, you must send this information to the following address:

Rocket Mortgage
Attn: Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741

**Requests for Information:**

To request information regarding your account, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the information you are requesting with respect to your mortgage loan. To submit a request for information you must send this information to the following address:

Rocket Mortgage
Attn: Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741

600283.2-NNNN-752324920-2693.2*

Rocket Mortgage

PO Box 619097 | Dallas, TX 75261

**Loan number**
0618663025

**Property address**
6260 MOSLEY AVE
LOS ANGELES, CA 90056

**Notice date**
09/24/2026

3929 1 MB 0.707 T10 P2 AUTO 599055.2-NNNN-32501880
RODRICK BARNETT
C/O KENNETH BROOKS ESQUIRE
214 MAIN STREET PMB 542
EL SEGUNDO, CA 90245

599055.2-NNNN-752063275-3929.1*

Hi RODRICK BARNETT:

We are in receipt of your request for mortgage assistance. Please note that your foreclosure sale date is scheduled for 09/29/2026. Considering the limited amount of time before the sale date, if you are interested in learning what additional documents and information would need to be submitted in order to complete your application, you must call us as soon as possible, but in no event after the scheduled sale date.

Although there is no guarantee that we will be able to review any application received before the scheduled sale date, we will work with you to determine next steps, as applicable.

If you have any questions, your Dedicated Loan Specialist is Tawanda Hunter and can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our hours of operation are Monday through Friday from 8:30 a.m. to 9 p.m. ET and Saturday from 9 a.m. to 4 p.m. ET. Visit us on the web at www.RocketMortgage.com for more information.

Sincerely,
Your Rocket Servicing Team

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

# EXHIBIT 6

## UNITED STATES BANKRUPTCY CHAPTER 7

United States Bankruptcy Court
Central District of California

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 09/29/2026 at 10:32 AM and filed on 09/29/2026.

FILED
09/29/2026

**Roderick W Barnett**
6260 Mosley Ave
Los Angeles, CA 90056
323-309-6460
SSN / ITIN: xxx-xx-0035
*aka* **Rod Barnett**

The bankruptcy trustee is:

**Rosendo Gonzalez (TR)**
Gonzalez & Gonzalez Law, P.C.
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013
(213) 452-0071

The case was assigned case number 2:26-bk-19766-NB to Judge Neil W. Bason.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/01/2026 15:58:31 | | | |
| PACER Login: | kenneyb35ssu | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 2:26-bk-19766-NB |
| Billable Pages: | 1 | Cost: | 0.10 |